# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### SOFTWARE RIGHTS ARCHIVE, LLC,

*Appellant,*

*v.*

### FACEBOOK, INC., LINKEDIN CORPORATION, TWITTER, INC.

*Cross-Appellants.*

_____

2015-1649, 1650, 1651

_____

*Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00479 and IPR2013-00480*

### CROSS-APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME

| | |
|---|---|
| DAVID J. SILBERT | HEIDI L. KEEFE |
| SHARIF E. JACOB | MARK R. WEINSTEIN |
| PHILIP J. TASSIN | LOWELL D. MEAD |
| KEKER & VAN NEST LLP | CARRIE J. RICHEY |
| 633 BATTERY STREET | COOLEY LLP |
| SAN FRANCISCO, CA 94111-1809 | 3175 HANOVER STREET |
| TELEPHONE: 415 391 5400 | PALO ALTO, CA 94304 |
| FACSIMILE: 415 397 7188 | TELEPHONE: 650 843 5000 |
| | FACSIMILE: 650 849 7400 |
| *Counsel for Cross-Appellants LINKEDIN CORPORATION and TWITTER, INC.* | *Counsel for Cross-Appellant FACEBOOK, INC.* |

981375

Cross-Appellants Facebook, Inc., LinkedIn Corporation, and Twitter, Inc. ("Petitioners") respectfully move this Court for an extension of time of fourteen (14) days in which to file their Combined Principal and Responding Brief in the above-captioned appeal. Petitioners' Combined Principal and Responding Brief is currently due on September 11, 2015. Under the requested extension of time, Petitioners' Combined Principal and Responding Brief would be due on September 25, 2015.

Petitioners request this extension to allow sufficient time to prepare their Combined Principal and Responding Brief. Petitioners have not previously requested or been granted an extension of time in this case.

Counsel for Petitioners have informed counsel for Appellant Software Rights Archive LLC ("SRA") of their intent to seek this extension. SRA does not oppose this motion.

Respectfully submitted,

DATED:  August 25, 2015

/s/ David J. Silbert
David J. Silbert
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

*Counsel for Cross-Appellants LINKED CORPORATION and TWITTER, INC.*

1

981375

DATED:  August 25, 2015   */s/ Heidi L. Keefe*
　　　　　　　　　　　　　　　Heidi L. Keefe
　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　633 Battery Street
　　　　　　　　　　　　　　　3175 Hanover Street
　　　　　　　　　　　　　　　Palo Alto, CA  94304
　　　　　　　　　　　　　　　Telephone:  (650) 843-5000
　　　　　　　　　　　　　　　Facsimile:   (650) 849-7400

　　　　　　　　　　　　　　　*Counsel for Cross-Appellant*
　　　　　　　　　　　　　　　*FACEBOOK, INC.*

## CERTIFICATION OF INTEREST

I, David J. Silbert, counsel for Appellees LinkedIn and Twitter, Inc. certify the following:

1.  The full name of every party or amicus represented by me is LinkedIn Corporation and Twitter, Inc.

2.  LinkedIn Corporation and Twitter, Inc. are the real parties in interest.

3.  No parent corporations or publicly held companies own 10 percent or more of the stock of the party represented by me.

4.  The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this court are:

> David J. Silbert
> Sharif E. Jacob
> Philip J. Tassin
> KEKER & VAN NEST LLP
> 633 Battery Street
> San Francisco, CA  94111
> Telephone:  (415) 391-5400

Dated:    August 25, 2015                     Respectfully submitted,

*/s/ David J. Silbert*
David J. Silbert

981375

# CERTIFICATION OF INTEREST

I, Heidi L. Keefe, counsel for Appellee Facebook, Inc. certify the following:

1. The full name of every party or amicus represented by me is

    Facebook, Inc.

2. Facebook, Inc. is the real party in interest.

3. No parent corporations or publicly held companies own 10 percent or more of the stock of the party represented by me.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this court are:

>  Heidi L. Keefe
>  Mark Weinstein
>  Lowell Mead
>  Carrie Richey
>  COOLEY LLP
>  633 Battery Street
>  3175 Hanover Street
>  Palo Alto, CA  94304
>  Telephone:  (650) 843-5000
>  Facsimile:   (650) 849-7400

Dated:    August 25, 2015                           Respectfully submitted,

                                                    */s/ Heidi L. Keefe*
                                                    Heidi L. Keefe

## CERTIFICATION OF CONSENT

I, David J. Silbert, am the ECF user whose ID and password are being used to file this Unopposed Motion to Extend Time. Pursuant to this Court's Administrative Order Regarding Electronic Case Filing, ECF-3(B), I hereby attest that I have obtained the consent of each signatory to this document.

Dated:   August 25, 2015                                         */s/ David J. Silbert*
                                                                                  David J. Silbert

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015, the foregoing UNOPPOSED MOTION TO EXTEND TIME was served by Electronic Means on counsel of record:

| | |
|---|---|
| Martin M. Zoltick | Mark R. Weinstein |
| Rothwell Figg Ernst & Manbeck PC | Cooley LLP |
| 607 14th Street NW, Suite 800 | 3175 Hanover Street |
| Washington, DC 20005 | Palo Alto, CA 94304-1130 |
| Telephone: 202-783-6040 | Telephone: 650-843-5000 |
| Facsimile: 202-783-6031 | Facsimile: 650-849-7400 |
| Email: mzoltick@rfem.com | Email: mweinstein@cooley.com |

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:　August 25, 2015　　　　　　　　　*/s/ David J. Silbert*
　　　　　　　　　　　　　　　　　　　　David J. Silbert